Stanley S. Ma, #188539
Attorney at Law
2224 N. Fine Avenue, Suite 103
Fresno, California 93727
Telephone:       (559) 490-1313
Facsimile:       (559) 490-7555
Email:           stanma@sbcglobal.net

Attorney for Plaintiff:    TINA MA individually and as successor in interest of JOSEPH MA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TINA MA individually and as successor in interest of JOSEPH MA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO; CHIEF OF POLICE JERRY DYER, in his individual and official capacities; and DOES 1-50 inclusive,<br><br>Defendants. | Civ. No. 1:15-01426 WBS MJS<br><br>STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Judge: Honorable William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Plaintiff, TINA MA individually and as successor in interest of JOSEPH MA, (hereinafter "Plaintiff"), and Defendants CITY OF FRESNO and CHIEF OF POLICE JERRY DYER, **(**hereinafter "Defendants,") by and through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint within 10 days of the execution of this Order by the Court.

WHEREAS, Plaintiff filed a First Amended Complaint in this action on September 23, 2015;

///

///

STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT - PAGE 1

1  WHEREAS, the parties knew by virtue of the joint status report filed February 29, 2016, the parties discussed and contemplated that Plaintiff would be filing a Second Amended Complaint to substitute in natural persons for DOE defendants when their true identifies were ascertained;

WHEREAS, Plaintiff contends that she has discovered the true identity of DOE NUMBER ONE (1) based upon Defendant City of Fresno's Initial Disclosures and seeks to substitute COLIN LEWIS into the action in place and stead of DOE NUMBER ONE (1).

WHEREAS, Plaintiff's filing of a Second Amended Complaint in the form of the Second Amended Complaint attached hereto as Exhibit A will not delay compliance with any of the case management deadlines already ordered by the Court;

WHEREAS, Defendants shall have twenty-one (21) days to respond to Plaintiff's Second Amended Complaint from the date of service;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of records that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file a Second Amended complaint in the form of the Second Amended Complaint attached hereto as Exhibit A.

**IT IS FURTHER STIPULATED** that Plaintiff will file her Second Amended Complaint within ten (10) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within twenty-one (21) days after the Second Amended Complaint is filed and served.

///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: May 25, 2016                         LAW OFFICE OF STANLEY S. MA

                                            /s/ Stanley S. Ma
                                            STANLEY S. MA
                                            Attorney for Plaintiff
                                            TINA MA individually and as successor in interest of JOSEPH MA

DATED: May 31, 2016                         FERGUSON PRAET AND SHERMAN

                                            /s/ Bruce A. Praet
                                            BRUCE A. PRAET
                                            Attorney for Defendants
                                            CITY OF FRESNO and CHIEF OF POLICE JERRY DYER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file her Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within ten (10) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within twenty-one (21) days after the Second Amended Complaint is filed and served.

**IT IS SO ORDERED.**

Dated: June 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE