UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TINA MA, an individual and successor in interest to JOSEPH MA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; CHIEF OF POLICE JERRY DYER, in his individual and official capacities; OFFICER COLIN LEWIS, in his individual and official capacities; and DOES 2 through 50, inclusive;<br><br>Defendants. | CIV. NO. 1:15-1426 WBS MJS<br><br>ORDER RE: MOTION TO STRIKE |

----oo0oo----

Before the court is defendants' Motion to Strike All or Portions of Plaintiffs' Expert Testimony (Docket no. 22). As the witness has not yet testified, there is nothing to strike. Nevertheless, the court recognizes defendants' desire to address the admissibility of the testimony in advance of trial. However, the court finds that defendants' arguments and requested relief would be more appropriately addressed at or shortly before trial.

The court will welcome a discussion on the procedure for objections to expert testimony based upon <u>Daubert v. Merrell Dow Pharmaceuticals</u>, 509 U.S. 579 (1993), and related grounds at the Pretrial Conference scheduled for September 25, 2017.

   IT IS THEREFORE ORDERED that defendants' Motion to Strike (Docket no. 22) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

Dated: August 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE