**Stanley S. Ma, #188539**
**Attorney at Law**
**2224 N. Fine Ave., Ste. 103**
**Fresno, California  93727**
**Telephone:          (559) 490-1313**
**Facsimile:          (559) 490-7555**

**Attorneys for Plaintiff:**

TINA MA,  an individual and successor in
Interest of JOSEPH MA

**UNITED STATES DISTRICT COIURT**

**EASTERN DISTRICT OF CALIFORNIA**

-oOo-

| | |
|---|---|
| **TINA MA,  an individual and successor in Interest of JOSEPH MA,**<br><br>            **Plaintiff,**<br><br>vs.<br><br>**CITY OF FRESNO; CHIEF OF POLICE JERRY DYER; in his individual and official capacities; and Does 2-50, inclusive,**<br><br>            **Defendants.** | Case No. 1:15-cv-01426 WBS-MJS<br><br>**PLAINTIFF'S REQUEST TO ALLOW LATE PRE-TRIAL CONFERENCE STATEMENT FILING ; ORDER** |

    Comes the Plaintiff, TINA MA, by counsel, STANLEY S. MA, Attorney at LAW, and moves the Court to accept the late filing of Plaintiff's Pre-Trial Conference Statement. As grounds for its motion, Plaintiff's counsel submits that he was made aware the Pre-Trial Conference Statement requirement. As such, the matter was placed on my personal calendar on my cellphone with a back-up reminder at my reception office desk. That I am a solo practitioner

[Pleading Title] - 1

and manage my own calendar on my cell phone. That sometime after the matter was placed in my calendar, I took my cell phone into the Apple store for a screen repair. However, when I went to retrieve my phone, the store agent informed me that all the information was lost and as such they provided me a new phone. That even though I backed-up most off my information, all of my calendar information contained in a separate 3rd party application was lost. Immediately after learning of the loss of information, I made my best effort to replicate my calendar. Even so, my calendar was not 100% replicated. To compound matters, several reminder notes for cases I had at my reception desk were lost or damaged during a break-in on August 15, 2017. On that occasion, an intruder broke into my office only gaining access to my reception area and was only able to take stationary, my notebook and other small office supplies. A Police report documenting the break-n was made by me. That because of the two issues above, my calendar and notes were not available to remind to file the Pre-Trial Conference Statement by September 11, 2017. That after being emailed by the courtroom deputy regarding my statement, I began working on the document immediately, and subsequently contacting opposing counsel to address some issues required in my statement. That because of several other matters and court appearances, the earliest I could complete the document was by September 14, 2017. That I informed opposing counsel of my delay but was informed by him he would still be able to file a timely Pre-Trial Conference Statement.

The late filing was not done for purposes of delay, and there is no prejudice to the Defendants. For these reasons, I respectfully request that the Court accept the late filing of Plaintiff's Pre-Trial Conference Statement.

I certify that on September 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will

send notice of electronic filing giving notice to opposing counsel of this request to file a late Pre-Trial Conference Statement.

/S/ STANLEY S. MA

DATED: 9/14/17 _____

STANLEY S. MA, ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED.**

Plaintiff's Pre-Trial Conference Statement shall be deemed timely filed.

Dated: September 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE