Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH D. RODRIGUEZ and BREANNA MA; by and through their Guardian Ad Litem TINA MA; and TINA MA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; CHIEF OF POLICE JERRY DYER; in his individual and official capacities; OFFICER COLIN LEWIS; in his individual and official capacities and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01426 WBS MJS<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION w/ PREJUDICE**<br><br>[*F.R.Civ.P., Rule 41(a)(2)*]<br><br>**Trial Date: October 24, 2017**<br>**Time: 8:30 a.m.**<br>**Ctrm: 5, 14th Fl.** |

Pursuant to *F.R.Civ.P., Rule 41(a)(2),* it is hereby stipulated by Plaintiff, Tina Ma and remaining Defendant, Colin Lewis, by and through their respective counsel

///

///

1

that all claims as against all Defendants are hereby dismissed with prejudice. All parties shall bear their own attorneys' fees and costs.

Dated: October 22, 2017						LAW OFFICES OF STANLEY MA

								By:   /s/   Stanley S. Ma
								Stanley S. Ma, Attorneys for Plaintiff

Dated: October 22, 2017
								   /s/  Tina Ma
_____
								Tina Ma, Plaintiff

Dated: October 22, 2017						FERGUSON, PRAET & SHERMAN
								A Professional Corporation

								By:   /s/   Bruce D. Praet
								Bruce D. Praet, Attorneys for Defendants

IT IS SO ORDERED:

Dated:  October 24, 2017		_____
								WILLIAM B. SHUBB
								UNITED STATES DISTRICT JUDGE